1  MORRIS POLICH & PURDY, LLP
   CANDACE C. CARLYON, ESQ.
2  Nevada Bar No. 02666
3  MATTHEW R. CARLYON, ESQ.
   Nevada Bar No. 12712
4  3800 Howard Hughes Parkway, Suite 500
   Las Vegas, NV 89169
5  Phone: (702) 862-8300
   Fax: (702) 862-8400
6  Email: ccarlyon@mpplaw.com
         mcarlyon@mpplaw.com
7
8  Counsel for CHAR EM, LLC

9

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | ) Case No.: 16-bk-10936 MKN |
|---|---|
| | ) Chapter 11 |
| | ) |
| | ) **CONTINUED NOTICE OF 2004** |
| | ) **EXAMINATION OF PERSON MOST** |
| STARVING STUDENTS, INC., | ) **KNOWLEDGEABLE OF STARVING** |
| | ) **STUDENTS, INC.** |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |

PLEASE TAKE NOTICE that, due to the non-appearance of deponent, the 2004 examination of the Person Most Knowledgeable of Starving Students, Inc. which was held on May 16, 2016 at 9:00 a.m. at the law office of Morris, Polich & Purdy, LLP, 3800 Howard Hughes Parkway, Suite 500, Las Vegas, NV 89169, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, has been continued to May 23, 9:00 a.m. at the law office of Morris, Polich & Purdy, LLP, 3800 Howard Hughes Parkway, Suite 500, Las Vegas, NV 89169.

DATED: May 17, 2016

                                MORRIS POLICH & PURDY, LLP

                                By: _____
                                MATTHEW R. CARLYON, ESQ.
                                Counsel for CHAR EM, LLC